IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NAY'LOR SCOTT, #189115,

    Plaintiff,

v.                                                                                 4:15cv412-WS/CAS

JOHN SCHMIDT, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 3) docketed October 1, 2015. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with an order of the court. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and

incorporated by reference in this order of the court.

2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to prosecute and to comply with an order of the court.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   29th   day of   October  , 2015.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE